# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Cory Lee Smith
US Department of Justice
US Department of Human and Health Services

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 3:21cv689-TKW-HTC
*(To be filled in by the Clerk's Office)*

v.

Domestic Violence Hotline
Florida Department of Children and Families, Domestic Violence Coalition
Favor House

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☑ YES ☐ NO

FILED USDC FLND PN
APR 21 '21 PM 12:57

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____(Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____(Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

**Plaintiffs**

Cory Lee Smith

General Delivery

Pensacola, FL 32591

(503)-750-1794

Email: rotc.delta.intellanddemo@gmail.com


United States Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

(202)-514-3435


United States Department of Health and Human Services

330 Independence Avenue, SW

Washington, DC 20201

1. Defendant's Name: _See Attached_

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity      ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

## Respondents

National Domestic Violence Hotline ATTN Katey Jones

3423 Bee Caves Rd

Austin, Tx 78746

(737)-225-3150

Sue in Official Capacity

Florida Department of Children and Families Domestic Violence Coalition

1317 Windsor Blvd, Building 3 suite 325

Tallahassee, FL, 32399

(850)-921-2168

Sue in Official Capacity

Favor House

2001 W Blount St

Pensacola, FL 32501

(850)-434-1177

Sue in Official Capacity

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☐ State/Local Officials *(§ 1983 case)*

### III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

_____
_____
_____
_____
_____

## Complaint

Beginning around March 20, 2021, numerous efforts were made to reach out for help from the National Domestic Violence Hotline, The Florida Department of Children and Families Domestic Violence Hotline, and Favor House. Despite numerous attempts to question about receiving help about a domestic violence issue regarding a blood relative, all three parties refused to help with my domestic relations issue due to the fact that I have never had sexual intercourse with the person I felt was abusing me.

This type of discrimination based on family status displays neglect for the primary reason that domestic abuse of any kind carries some sort of enhanced penalty over violence in a common street mugging. All three of the parties chose to misleadingly use the term "domestic violence" and "intimate partner violence" synonymously without regard to the fact that "domestic violence" encompasses a much wider range of people involved and includes blood relatives, step-family, in-laws, and sometimes even roommates who have no relation to each other than a common dwelling than "intimate partner violence" which is limited to sex partners and former sex partners.

An internet search clearly revealed that the National Domestic Violence Hotline was a recipient of grant money intended to improve technology for information referrals to help all domestic violence victims as defined by their jurisdiction, in which the case for both my home state of Florida and the Domestic Violence Hotline's home state of Texas both define "domestic violence" in a manner which includes blood relatives, sex partners, and others. By making the first question to qualify for help "is this your intimate partner?" they negate the purpose of their grant of improving technology for referrals for all domestic violence victims, such as keeping a database designed to distinguish between two different domestic violence service centers in one's area where one may be limiting services to intimate partners while the one next door may allow for a broader range of services which includes parents, step-parents, etc.

Through the course of actions displayed by the National Domestic Violence Hotline that two identical situations can occur except for one detail about whether a sex partner or blood relative is the source of the problem; it is concluded that if the Domestic Violence Hotline can selectively discriminate based on family status and expect someone having an issue with a next of kin other than a spouse, then a situation with a spouse can be resolved without grant moneys to support operations of the Domestic Violence Hotline and be resolved through the same channels of resources.

This failure to understand how to distinguish selectively between a term indicating spouses only and misleading the government and the public into the belief that services are intended for all domestic abuse situations including siblings, parents, etc. oversteps the boundaries of the first amendment as thee may be a right to believe that spouses are the only real victims but it does not allow for false advertising to claim all domestic violence issues when only spouses are the intended service recipients.

Additionally, the Florida Department of Children and Families Domestic Violence Hotline and Favor House displayed this same bias towards intimate partners when other more localized contacts were attempted to be reached due to the same issue with a blood relative. Favor House even has it posted on their website homepage that the word Favor is an acronym for "Family Anti Violence Organized Response." It could easily be questioned if Favor House only wanted to help intimate partners, would a different word besides "Family" be used due to the fact the word "Family" is a very broad term that has even brought debates to domestic violence on occasions such as platonic relationships while a different

term beginning with the letter "F" would be more appropriate to avoid making false claims, such as "Fuck-buddy" or "Fornicators" which may be less politically correct but is more accurate about the fact that they only serve intimate partner violence and not all family issues.

Additionally, the overly narrowly definition of domestic violence to services provided brings up questions about Favor House and the Department of Children and Families use of funds such as the money Favor House receives from the Domestic Violence trust fund collected from marriage license fees. Saying the abuse issues pertains to a parent's abusing an adult child does not require or justify services because the adult child is a mere product of a failed marriage that paid the licensing fee could raise questions regarding their services to individuals requesting services who did not pay a marriage license fee and broke the marriage or relationship off before paying the license fee.

Furthermore, the Department of Children and Families displays questionable judgement and displays a double standard by offering services such as offering financial assistance to all residents of Florida who meet certain requirements for the definition of "low income" but only limited services to individuals defined as "domestic violence victims." Using this type of limitations on using tax money for only intimate partner violence and not all domestic violence, a question could also be asked if age discrimination would be acceptable in disqualifying applicants for programs such as food stamps under the age of sixteen because they have never worked to pay in taxes only their parents have.

**Factual Allegations, Continued** *(Page ___ of ___)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

_____

_____

_____

_____

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

_____

_____

_____

Claim

Grants to the National Domestic Hotline from the Department of Children and Families and the Department of Justice are given with the intent of improving all elements of domestic violence. When services are given restrictively to only address part of the issue, there is no point in addressing the issue at all. The first amendment does allow for people to make crass jokes about domestic violence victims, but does not allow free speech to say one thing on a grant application that explains intent to address the problems surrounding domestic violence then include a punchline of using government grants to only assist with part of the problem by only allowing people having sex together to claim domestic abuse.

Favor House acknowledges on their website they are against "Family Violence" but only provides services to the families who at some point chose to be together in marriage or dating but not those forced to be together such as blood relatives or relatives bound by someone else's marriage such as in-laws or step-parents. Their grant money comes from money set aside from fees collected from marriage licenses, so it should be determined if they should serve abuse victims from all elements of family dynamics or turning away anyone who does not have valid proof of taxes paid on a marriage license. Additionally, having a parent or sibling is legal while prostitution is not. How is it reasonable use of government money to allow a policy for a prostitute to receive shelter because one of her paying sex partners got a little to rough but it is not acceptable to help an adult abused by a family member with whom they are not having sex with? The Idea that a prostitute simply because a paying sex partner was abusive may qualify for services violates the entire idea of attempting to establish an organization aimed to help families as their website claims. This policy can easily prove to be discrimination based on family status when a sex worker is given more priority than a sibling or parent to seek services for abusive treatment.

The Department of Children and Families' Domestic Violence Hotline has also done nothing more than create a false sense of hope for people in desperate situations by using misleading information coupled with bureaucratic red tape to avoid helping people who need it. The fact is that the Florida Department of Children and Families receives money from the federal government to provide a wide range of services for those in need but imposes double standards on one service by giving all priorities to sex partners, which may include prostitutes and no regard to victims who need help that normally qualify as domestic violence victims in ways other than sexual relationships. In making this double standard by applying liberal standards for financial assistance and narrow standards for other services that sometimes carry a greater value than money, they clearly show a blatant disregard for the public welfare.

Additionally, the Florida Department of Children and Families refused to disclose specific details of who makes their policies and who provides their funding when asked after hearing that they only help some domestic violence victims. This refusal to disclose information about how tax dollars are spent and how much clearly violates the Freedom of Information Act.

**Remedies**

The clear efforts displayed by the National Domestic Violence Hotline to obtain funds from the Department of Human and Health Services in the amount of twenty million dollars over five years and Department of Justice for one and a half million dollars in a year by claiming to be making progress on a complex problem, which affects all types of family members, through shallow means of services that could easily be picked up by other organizations who offer wider ranges of services. One provision of the grant money received was to develop a system tracking domestic violence issues, the blatant effort to ignore the more complex issues, such as keeping track of which states allow the term domestic violence to even cover relationship issues such as roommates on some occasions, fails to make a reasonable effort to show where improvement can be made to possibly reduce the occurrences of domestic ways besides simply making a cynical attempt to reduce the definition of victim to include a smaller number of the population. It is requested Qui Tam damages be paid under the False Claims Act plus disclose all information about revenue obtained from donations by providing misleading services which can be paid in full to the Federal Trade Commission to be disbursed to those who made donations with the impression that the money was going to help all Domestic violence victims and also five million dollars for mental anguish resulting in no help being provided outside of options that were already known of and failed in the general sector of social services referrals.

The same cynical methods can be explained about the Department of Children and Families who is intended to both refer individuals to resources and also oversee that equal access of services for all residents of Florida. By failing to ensure equal access, it is requested that the Florida Department of Children and Families both pay Qui Tam damages for the blatant attempt to do nothing more than create false hope and a false sense of security on the issue of domestic violence. In addition to paying Qui Tam damages for an amount to be determined after financial records are disclosed, it is also requested that a cease of funding to all Department of Children and Families programs be put into effect until the entire domestic violence system is brought up to par requiring all shelters in Florida and the Florida Domestic Violence Hotline provide equally accessible services to all residents without regard to family status for reasons that would normally qualify an individual as a domestic violence remedy. In addition to suspending all federal funding for the Department's programs, it is strongly recommended that the Department of Children and Families clean out their abandoned asset accounts held primarily by the State of Florida' treasury department and a few accounts scattered in other states to help offset the deficit in funding for programs like Medicaid and Food Stamps. Additionally, five million dollars in personal damages is requested for failing to reset services when needed.

In regards to the issues with Favor House, it is taken into account that eventually a little help was rendered in the form of a referral to an attorney they work with and a couple of ideas for dealing with the family member with whom I am having a problem with, it is requested that they be granted some leniency and be allowed sixty days to make some revisions to either be more inclusive to all family violence or modifying their advertising strategy to be more clear about the portion of family issues the wish to serve before suffering more penalizing remedies such as suggestions of loss of grant money and offering to refund donations to those mislead by the definition of words like "Family."

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 4-21-21   Plaintiff's Signature: _____

Printed Name of Plaintiff: Cory Smith

Address: General Delivery
Pensacola FL 32591

E-Mail Address: _____

Telephone Number: _____

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*