UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COREY LEE SMITH,
U.S. DEPARTMENT OF JUSTICE, and
U.S. DEPARTMENT OF HUMAN AND
HEALTH SERVICES

    Plaintiffs,

v.                                      Case No. 3:21cv689-TKW-HTC

NATIONAL DOMESTIC VIOLENCE
HOTLINE, et al.,

    Defendants.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the complaint should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 1st day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**